ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB - 1 2007

| | |
|---|---|
| TPI CONSTRUCTION, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant | CASE NO.<br>CORPORATE DISCLOSURE STATEMENT<br>07-80 C |

TPI, Construction Inc. has no parent corporation nor does any other corporation own 10% or more of TPI, Construction Inc.'s stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 30, 2006

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for TPI Construction, Inc