# In the United States Court of Federal Claims

**No. 07-80C**
**(Filed: January 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TPI CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED SCHEDULING ORDER

On January 14, 2008, the parties filed a joint motion to amend the June 5, 2007 scheduling order. Good cause having been shown, the Court schedules the following:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **April 1, 2008**. In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

2. **Expert Discovery**. The parties do anticipate calling expert witnesses. The deadline for exchange of expert identifications and reports shall be **June 1, 2008.**

All other dates remain as set in the June 5, 2007 scheduling order.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**