UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TPI CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES; DEPARTMENT OF THE ARMY<br><br>Defendant. | ) | USCFC No. 07-80C<br><br>Judge Mary Ellen Coster Williams |

Plaintiff, by and through its counsel of record, respectfully requests this Court stay all pretrial dates for approximately 120 calendar days to allow the parties to mediate this case.

The parties have jointly agreed to utilize Judge Christine Miller as the mediator.

It is requested that this Court stay the case and continue all pretrial dates to and after October 1, 2008. Defendant's counsel has advised Plaintiff's counsel that he consents with this Motion.

Dated: June 25, 2008

Respectfully Submitted,

s/ William L. Bruckner

William L. Bruckner
BRUCKNER & WALKER, LLP
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
((858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for TPI CONSTRUCTION, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 25, 2008 I cause to be served overnight mail, copies of the following documents: "**MOTION TO STAY PENDING MEDIATION"** addressed as follows

U.S. Dept of Justice
David M. Hibey
Commercial Litigation Branch
Civil Division
Classification Unit, 8th Floor
1100 L Street, NW
Washington DC 20530

Attorney for Defendant

s/ Tiffany Adams