# In the United States Court of Federal Claims

**No. 07-80C**
**(Filed: June 26, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **TPI CONSTRUCTION, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING MOTION FOR STAY OF PROCEEDINGS**

---

On June 25, 2008, Plaintiff filed an unopposed motion requesting that the Court stay all pretrial dates for 120 days to allow the parties to mediate this case. Good cause having been shown, Plaintiff's motion is **GRANTED**. The parties are to file a joint status report no later than October 24, 2008, to inform the Court of the progress of the mediation.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**